**Lewis WELSH, Petitioner–Appellant,**

v.

**Leroy CARTLEDGE, Warden,
Respondent–Appellee,**

and

**Alan Wilson, Attorney General,
Respondent.**

No. 14–6327.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 26, 2014.

Decided: June 30, 2014.

Lewis Welsh, Appellant Pro Se. Donald
John Zelenka, Senior Assistant Attorney
General, Alphonso Simon, Jr., Assistant
Attorney General, Columbia, South Carolina, for Appellee.

Before WILKINSON, KING, and
GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lewis Welsh seeks to appeal the district court's order adopting the magistrate judge's report and recommendation and granting summary judgment for Respondent on his 28 U.S.C. § 2254 (2012) petition. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

Parties are accorded thirty days after the entry of the district court's final judgment or order to note an appeal, Fed. R.App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R.App. P. 4(a)(5), or reopens the appeal period under Fed. R.App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." *Bowles v. Russell,* 551 U.S. 205, 214, 127 S.Ct. 2360, 168 L.Ed.2d 96 (2007).

The district court's order was entered on the docket on January 24, 2014. The notice of appeal was filed on February 26, 2014.* Because Welsh failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*

---

* For the purpose of this appeal, we assume that the date appearing on the notice of appeal is the earliest date it could have been properly delivered to prison officials for mailing to the

court. Fed. R.App. P. 4(c); *Houston v. Lack,* 487 U.S. 266, 108 S.Ct. 2379, 101 L.Ed.2d 245 (1988).